# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>HENRY JAMES DAYCHILD,<br><br>　　　　　　　　Defendant. | **CR-19-61-GF-BMM**<br><br>**ORDER** |

　　　Defendant Henry James Daychild has moved for early termination of his current term of supervised release. (Doc. 42.) The Government does not object. (Doc. 43.) The Court conducted a hearing on the motion on February 21, 2023. (Doc. 46.) The Court determines that good cause exists to grant Daychild's motion for early termination of his supervised release.

　　　Accordingly, **IT IS HEREBY ORDERED** that Daychild's Motion for Early Termination of Supervised Release (Doc. 42) is **GRANTED**.

　　　DATED this 23rd day of February, 2023.

_____
Brian Morris, Chief District Judge
United States District Court